United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 96-3122SD

_____

United States of America,          *
                                   *
            Appellee,              *      Appeal from the United States
                                   *      District Court for the District of
    v.                             *      South Dakota.
                                   *
Mike Vallee,                       *           [UNPUBLISHED]
                                   *
            Appellant.             *

_____

Submitted: June 6, 1997
Filed: June 24, 1997

_____

Before McMILLIAN, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Mike Vallee appeals the district court's denial of Vallee's request to withdraw his guilty plea to sexual abuse of a minor. We review the district court's ruling for abuse of discretion. See United States v. Nichols, 986 F.2d 1199, 1201 (8th Cir. 1993). Having considered the record before us, we conclude Vallee failed to establish a fair and just reason for the withdrawal of his plea. Id. We decline to consider Vallee's ineffective assistance of counsel claims. These claims are best pursued on motion under 28 U.S.C. § 2255. See United States v. Jennings, 12 F.3d 836, 840 (8th Cir. 1994). We thus affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.